In the Matter of the Compensation of
Kevin Lepley, Claimant.

LIBERTY NORTHWEST
INSURANCE CORPORATION
and Viking Industries,
*Petitioners,*

*v.*

Kevin LEPLEY,
*Respondent.*

(WCB 90-15268; CA A71195)

836 P2d 141

M. Kathryn Olney, Senior Trial Counsel, Liberty Northwest Insurance Corporation, Portland, filed the brief for petitioners.

Edmund H. Berger and Merrill Schneider, Portland, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).